CITY OF NEWARK, complainant,

*v.*

HUGH F. COOK et al., defendants.

[Decided January 31st, 1927.]

On appeal of Surety Realty Company.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *99 N. J. Eq. 527.*

*Messrs. Stein, Stein & Hannoch,* for the appellant.

*Messrs. McCarter & English, Messrs. Lindabury, Depue & Faulks* and *Messrs. Bilder & Bilder,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For reversal*—None.